UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PENA,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL,<br><br>    Respondent. | 1:06-CV-1565 OWW NEW (DLB) (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF TO RESPONDENT'S ANSWER<br><br>(DOCUMENT #11) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 1, 2007, Petitioner filed a motion to extend time to file Reply to Respondent's Answer to Order to Show Cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to Reply to Respondent's Answer.

IT IS SO ORDERED.

Dated: **July 2, 2007**     /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE