# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PENA, | Old case #1:06-CV-01565 OWW GSA HC |
| | **New case #1:06-CV-01565 OWW JMD HC** |
| Petitioner, | |
| v. | ORDER OF REASSIGNMENT |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order of Recall in the Matter of the Recall Appointment of: John M. Dixon, Jr., United States Magistrate Judge, Retired, effective May 11, 2007,

IT IS HEREBY ORDERED that this action is reassigned to Magistrate Judge John M. Dixon, Jr., to perform such duties of the office of magistrate judge as provided by the district court.

The new case number for this action, which must be used on all future documents filed with the court, is:

**1:06-CV-01565 OWW JMD HC**

All dates currently set in the reassigned action shall remain pending subject to further order of the court.

IT IS SO ORDERED.

Dated:   September 3, 2008              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE