IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PENA, | 1:06-cv-01565-OWW-JMD (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATION |
|     vs. | |
| JOHN MARSHALL, | (DOCUMENT #18) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 7, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   October 9, 2008**          **/s/ John M. Dixon**
                                             UNITED STATES MAGISTRATE JUDGE